# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1462 | **DATE** | 3/12/2009 |
| **CASE TITLE** | APC Filtration Inc. vs. William A. Becker, et al. | | |

**DOCKET ENTRY TEXT**

It appearing to this court that matters involving plaintiff's motion for rule to show cause are settled, it is ordered that plaintiff's motion for rule to show cause [150],[157] is stricken, without prejudice. All other matters involved in the order of referral to the court having been completed, the referral is complete. Judge Honorable Martin C. Ashman no longer referred to the case.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | IS |
|---|---|---|